# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-30230-SDB  
**Case Name:** Benchmark Fabricating, LLC  

**Trustee Name:** (300012) Joy R. Webster  
**Date Filed (f) or Converted (c):** 07/14/2017 (f)  
**§ 341(a) Meeting Date:** 08/14/2017  

**For Period Ending:** 06/30/2019  
**Claims Bar Date:** 11/28/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lease on 1432 Second Street, Dudley, Georgia 10, | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Lease on 1454 Second Street, Dudley, Georgia 20, | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Bank of Dudley, xxxxxx4288 | 5,931.81 | 5,931.81 | | 0.00 | FA |
| 4 | Checking Account at Capital City Bank, xxxxxx600 | 682.68 | 682.68 | | 0.00 | FA |
| 5 | Checking Account at Bank of Dudley (Payroll Acco | 0.00 | 0.00 | | 0.00 | FA |
| 6 | A/R 90 days old or less. Face amount = $351,254. | 351,254.40 | 94,547.70 | | 0.00 | FA |
| 7 | 2007 Freightliner M2 26' Box Truck Mileage 236,8 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2001 Chevy C-3500 Flat Bed Mileage 56,080. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 9 | 2014 Chevy Silverado C-1500 Picklip Truck Mileag | 19,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1999 Ford F-350 Dually Mileage 98,442. | 9,000.00 | 1,788.00 | OA | 0.00 | FA |
| 11 | 2008 GMC C-1500 PickUp Truck Mileage 175,299. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 12 | 1995 Fleetwood Chadwick (T) Mobile Home<br>Serial no. GAFLROSAA/B22511CW | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 13 | 1996 Bellcrest Homes Bellcrest II (SGL/Multi) Mobile Home<br>Serial no. BHML30789A/B | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | Dump Trailer. | 600.00 | 600.00 | | 0.00 | FA |
| 15 | Desk, Kevin's Office. | 50.00 | 50.00 | | 0.00 | FA |
| 16 | Vertical 4-Drawer File Cabinet, Kevin's Office. | 60.00 | 60.00 | | 0.00 | FA |
| 17 | Horizontal 2-Drawer File Cabinet, Kevin's Office | 40.00 | 40.00 | | 0.00 | FA |
| 18 | Bookshelf, Kevin's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 19 | Desk Drawer Sets (4), Kevin's Office. | 200.00 | 200.00 | | 0.00 | FA |
| 20 | Desk with Hutch, Kevin's Office. | 75.00 | 75.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 17-30230-SDB  
**Case Name:** Benchmark Fabricating, LLC  

**Trustee Name:** (300012) Joy R. Webster  
**Date Filed (f) or Converted (c):** 07/14/2017 (f)  
**§ 341(a) Meeting Date:** 08/14/2017  

**For Period Ending:** 06/30/2019  
**Claims Bar Date:** 11/28/2017  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Chairs (3), Kevin's Office. | 75.00 | 75.00 | | 0.00 | FA |
| 22 | Desk with Hutch, Roger's Office. | 75.00 | 75.00 | | 0.00 | FA |
| 23 | Vertical 2-Drawer File Cabinet, Roger's Office. | 40.00 | 40.00 | | 0.00 | FA |
| 24 | Bookshelf, Roger's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 25 | Chairs (2), Roger's Office. | 50.00 | 50.00 | | 0.00 | FA |
| 26 | Desk, Trade's Office. | 50.00 | 50.00 | | 0.00 | FA |
| 27 | Horizontal 4-Drawer File Cabinet, Trade's Office | 60.00 | 60.00 | | 0.00 | FA |
| 28 | Vertical 4-Drawer File Cabinet, Trade's Office. | 60.00 | 60.00 | | 0.00 | FA |
| 29 | Desk Drawer Sets (4), Trade's Office. | 200.00 | 200.00 | | 0.00 | FA |
| 30 | Chairs (2), Trade's Office. | 100.00 | 100.00 | | 0.00 | FA |
| 31 | Conference Table, Conference Room. | 40.00 | 40.00 | | 0.00 | FA |
| 32 | Small Table, Conference Room. | 10.00 | 10.00 | | 0.00 | FA |
| 33 | Bookshelves (2), Conference Room. | 50.00 | 50.00 | | 0.00 | FA |
| 34 | Chairs (7), Conference Room. | 175.00 | 175.00 | | 0.00 | FA |
| 35 | Desk with Hutch, Copy Room. | 75.00 | 75.00 | | 0.00 | FA |
| 36 | Desk, Lobby. | 50.00 | 50.00 | | 0.00 | FA |
| 37 | Small Desk, Lobby. | 20.00 | 20.00 | | 0.00 | FA |
| 38 | Chairs (4), Lobby. | 60.00 | 60.00 | | 0.00 | FA |
| 39 | Sofa, Lobby. | 20.00 | 20.00 | | 0.00 | FA |
| 40 | Desk, Server Room. | 20.00 | 20.00 | | 0.00 | FA |
| 41 | Desk with Hutch, Haley's Office. | 75.00 | 75.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 17-30230-SDB
**Case Name:** Benchmark Fabricating, LLC

**Trustee Name:** (300012) Joy R. Webster
**Date Filed (f) or Converted (c):** 07/14/2017 (f)
**§ 341(a) Meeting Date:** 08/14/2017

**For Period Ending:** 06/30/2019

**Claims Bar Date:** 11/28/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 42 | Chairs (2), Haley's Office. | 50.00 | 50.00 | | 0.00 | FA |
| 43 | Desk, Rob's Office. | 50.00 | 50.00 | | 0.00 | FA |
| 44 | Bookshelves (2), Rob's Office. | 50.00 | 50.00 | | 0.00 | FA |
| 45 | Vertical 4-Drawer File Cabinet, Rob's Office. | 60.00 | 60.00 | | 0.00 | FA |
| 46 | Horizontal 4-Drawer File Cabinet, Rob's Office. | 60.00 | 60.00 | | 0.00 | FA |
| 47 | Chair, Rob's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 48 | Desk, Second Warehouse (Crate & Panel Shop). | 20.00 | 20.00 | | 0.00 | FA |
| 49 | 4-Drawer Metal File Cabinet, Second Warehouse (C | 60.00 | 60.00 | | 0.00 | FA |
| 50 | Stove, Kitchen. | 30.00 | 30.00 | | 0.00 | FA |
| 51 | Refrigerator, Kitchen. | 30.00 | 30.00 | | 0.00 | FA |
| 52 | Microwave, Kitchen. | 25.00 | 25.00 | | 0.00 | FA |
| 53 | Dell Desktop Computer & Monitor, Kevin's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 54 | HP Officejet Pro 8210 Printer, Kevin's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 55 | Phone, Kevin's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 56 | Dell Desktop Computer and Monitor, Kevin's Offic | 25.00 | 25.00 | | 0.00 | FA |
| 57 | HP Deskjet 6940 Printer, Kevin's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 58 | Phone, Kevin's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 59 | Dell Desktop Computer & Samsung Monitor, Roger's | 25.00 | 25.00 | | 0.00 | FA |
| 60 | Epson Workforce Printer, Roger's Office. | 100.00 | 100.00 | | 0.00 | FA |
| 61 | Phone, Roger's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 62 | Dell Desktop Computer and Monitor, Trade's Offic | 25.00 | 25.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

| Case No.: | 17-30230-SDB | Trustee Name: | (300012) Joy R. Webster |
|---|---|---|---|
| Case Name: | Benchmark Fabricating, LLC | Date Filed (f) or Converted (c): | 07/14/2017 (f) |
| | | § 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 11/28/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 63 | HP OfficeJet Pro Printer, Trade's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 64 | Phone, Trade's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 65 | Dell Desktop Computer, Trade's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 66 | HP Officejet Pro 8100 Printer, Trade's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 67 | Phone, Trade's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 68 | Phone, Conference Room. | 10.00 | 10.00 | | 0.00 | FA |
| 69 | Canon Image Runner 210s Printer, Copy Room. | 200.00 | 200.00 | | 0.00 | FA |
| 70 | Brother Intellifax 4100e, Copy Room. | 25.00 | 25.00 | | 0.00 | FA |
| 71 | Dell Desktop Computer and Monitor, Server Room. | 25.00 | 25.00 | | 0.00 | FA |
| 72 | Dell Desktop Computer and Monitor, Haley's Offic | 25.00 | 25.00 | | 0.00 | FA |
| 73 | Phone, Haley's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 74 | Dell Desktop Computer and Monitor, Rob's Office. | 25.00 | 25.00 | | 0.00 | FA |
| 75 | HP Deskjet 6940 Printer, Rob's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 76 | Phone, Rob's Office. | 10.00 | 10.00 | | 0.00 | FA |
| 77 | Raw Materials: Attachment) (Debtor's going conce | 43,617.23 | 43,617.23 | | 0.00 | FA |
| 78 | Kubota Tractor (L4600HST) Front End Loader with | 16,000.00 | 11,398.44 | | 13,805.82 | FA |
| 79 | 85' Heavy Duty Roller Tables. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 80 | 120' Medium Duty Roller Tables. | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 81 | 24' Roller Racks (26). | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 82 | China Racks (78). | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 83 | Elumatec SA 142/35 Elumatec Upcut Saw M-NR 14235 | 6,525.00 | 6,525.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-5

**Case No.:** 17-30230-SDB  
**Case Name:** Benchmark Fabricating, LLC  

**Trustee Name:** (300012) Joy R. Webster  
**Date Filed (f) or Converted (c):** 07/14/2017 (f)  
**§ 341(a) Meeting Date:** 08/14/2017  

**For Period Ending:** 06/30/2019  
**Claims Bar Date:** 11/28/2017  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 84 | Grizzly Cyclone Dust Collector G0443 07-20005 S/ | 300.00 | 300.00 | | 0.00 | FA |
| 85 | OMGA TR2AN 2003 Double Mitre Saw Matricola - 02 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 86 | OMGA Chop Saw (3) (with digital stop). | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 87 | Panel Saw. | 600.00 | 600.00 | | 0.00 | FA |
| 88 | DeWalt Chop Saw (3). | 300.00 | 300.00 | | 0.00 | FA |
| 89 | Rigid Table Saw (3). | 300.00 | 300.00 | | 0.00 | FA |
| 90 | Hydraulic Metal Cutting Band Saw S/N 0708814 Mod | 200.00 | 200.00 | | 0.00 | FA |
| 91 | Jet Turret Milling Machine Serial No. 512473 Mod | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 92 | Jet Variable Speed Drill Press S/N 08061291 Mode | 300.00 | 300.00 | | 0.00 | FA |
| 93 | Palmgren Drill Press Model No. 80153 (2002.09). | 75.00 | 75.00 | | 0.00 | FA |
| 94 | MSC Vertical Band Saw S/N 0845846 Model No. 0951 | 600.00 | 600.00 | | 0.00 | FA |
| 95 | Jet Drill Press S/N 0040323 Model No. JDP-17MF. | 175.00 | 175.00 | | 0.00 | FA |
| 96 | Rogers Punch Press S/N R-20-243. | 900.00 | 900.00 | | 0.00 | FA |
| 97 | Rogers Punch Press S/N R-20-516. | 900.00 | 900.00 | | 0.00 | FA |
| 98 | Rogers Punch Press S/N R-20-556. | 900.00 | 900.00 | | 0.00 | FA |
| 99 | Rogers Punch Press S/N R-40-487. | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 100 | ZOPF Roll Bender Model No, 2B 70/2M. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 101 | Miller 252 Millermatic Welder (3) S/N KH428098 S | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 102 | Miller 180 Millermatic Welder. | 300.00 | 300.00 | | 0.00 | FA |
| 103 | Miller 250 Bobcat Diesel Welder. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 104 | Lincoln 355 Tig Welder. | 2,000.00 | 2,000.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-6

**Case No.:** 17-30230-SDB  
**Case Name:** Benchmark Fabricating, LLC  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300012) Joy R. Webster  
**Date Filed (f) or Converted (c):** 07/14/2017 (f)  
**§ 341(a) Meeting Date:** 08/14/2017  
**Claims Bar Date:** 11/28/2017

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 105 | Utility Trailer, 6x12. | 500.00 | 500.00 | | 0.00 | FA |
| 106 | 20' Gooseneck Trailer, Down 2 Earth. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 107 | Hyster Forklift. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 108 | Hyster Forklift. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 109 | Diet Sets for Roger's Manufacturing Punch Presse | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 110 | Subsill Notcher. | 125.00 | 125.00 | | 0.00 | FA |
| 111 | Louver Press (2). | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 112 | Wild Bore Louver Dies & Carriages. | 600.00 | 600.00 | | 0.00 | FA |
| 113 | Vertical Slot Saw. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 114 | Jamb Notcher (Set of 4). | 300.00 | 300.00 | | 0.00 | FA |
| 115 | Jamb Hole Punch. | 40.00 | 40.00 | | 0.00 | FA |
| 116 | Ratchet & Socket 3/8 Drive, 2 sets. | 30.00 | 30.00 | | 0.00 | FA |
| 117 | Combo Wrenches 5/16-3/4, 1 set. | 15.00 | 15.00 | | 0.00 | FA |
| 118 | Combo Wrenches 8mm-18mm, 1 set. | 8.00 | 8.00 | | 0.00 | FA |
| 119 | Hex Drive Allen Wrenches, 3 sets. | 8.00 | 8.00 | | 0.00 | FA |
| 120 | Spline Wrenches, 2 sets. | 8.00 | 8.00 | | 0.00 | FA |
| 121 | Micrometer 2. | 40.00 | 40.00 | | 0.00 | FA |
| 122 | Combo Machine Square Set. | 25.00 | 25.00 | | 0.00 | FA |
| 123 | 12 Scales, 2. | 6.00 | 6.00 | | 0.00 | FA |
| 124 | Punches, 1 set. | 3.00 | 3.00 | | 0.00 | FA |
| 125 | Tap Handles, 1 set. | 8.00 | 8.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-7

| Case No.: | 17-30230-SDB | Trustee Name: | (300012) Joy R. Webster |
| --- | --- | --- | --- |
| Case Name: | Benchmark Fabricating, LLC | Date Filed (f) or Converted (c): | 07/14/2017 (f) |
| | | § 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 11/28/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 126 | Assorted Files, 1 set. | 10.00 | 10.00 | | 0.00 | FA |
| 127 | Assorted Taps, 1 set. | 10.00 | 10.00 | | 0.00 | FA |
| 128 | Hacksaws, 2. | 12.00 | 12.00 | | 0.00 | FA |
| 129 | Assorted Hammers, 9. | 16.00 | 16.00 | | 0.00 | FA |
| 130 | Collet Set (Milling Machine), 1 set, Storage Cab | 35.00 | 35.00 | | 0.00 | FA |
| 131 | Parallel Bars, 1 set, Storage Cabinet #1. | 20.00 | 20.00 | | 0.00 | FA |
| 132 | Drill Set 120 Piece, 1 set, Storage Cabinet #1. | 20.00 | 20.00 | | 0.00 | FA |
| 133 | Drill Set 160 Piece, 1 set, Storage Cabinet #1. | 10.00 | 10.00 | | 0.00 | FA |
| 134 | Work Holding Clamps, 2 sets, Storage Cabinet #1. | 15.00 | 15.00 | | 0.00 | FA |
| 135 | Transfer Punches, 1 set, Storage Cabinet #1. | 6.00 | 6.00 | | 0.00 | FA |
| 136 | End Mills Assorted Sizes, 1 set, Storage Cabinet | 75.00 | 75.00 | | 0.00 | FA |
| 137 | Boring Bars, 1 set, Storage Cabinet #1. | 25.00 | 25.00 | | 0.00 | FA |
| 138 | Dial Indicator, 1 set, Storage Cabinet #1. | 15.00 | 15.00 | | 0.00 | FA |
| 139 | Center Finder, 1 set, Storage Cabinet #1. | 5.00 | 5.00 | | 0.00 | FA |
| 140 | Fly Cutters, 2, Storage Cabinet #1. | 10.00 | 10.00 | | 0.00 | FA |
| 141 | Center Bore, 1 set, Storage Cabinet #1. | 75.00 | 75.00 | | 0.00 | FA |
| 142 | Machine Vice Assorted Sizes, 7, Storage Cabinet | 30.00 | 30.00 | | 0.00 | FA |
| 143 | Assorted Plier Set, Storage Cabinet #1. | 15.00 | 15.00 | | 0.00 | FA |
| 144 | Assorted Screwdriver Set, Storage Cabinet #1. | 15.00 | 15.00 | | 0.00 | FA |
| 145 | Tool Carts, Storage Cabinet #1. | 50.00 | 50.00 | | 0.00 | FA |
| 146 | Circular Saw Blades 14", 7, Storage Cabinet #1. | 60.00 | 60.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-8

| Case No.: | 17-30230-SDB | Trustee Name: | (300012) Joy R. Webster |
|---|---|---|---|
| Case Name: | Benchmark Fabricating, LLC | Date Filed (f) or Converted (c): | 07/14/2017 (f) |
| | | § 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 11/28/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 147 | Circular Saw Blades 12", 10, Storage Cabinet #1. | 50.00 | 50.00 | | 0.00 | FA |
| 148 | Circular Saw Blades 20", 3, Storage Cabinet #1. | 60.00 | 60.00 | | 0.00 | FA |
| 149 | Cross Slides with Micro, 2, Storage Cabinet #1. | 75.00 | 75.00 | | 0.00 | FA |
| 150 | OMGA Saw Spare Parts, Storage Cabinet #2. | 50.00 | 50.00 | | 0.00 | FA |
| 151 | Punch Parts, Storage Cabinet #3. | 50.00 | 50.00 | | 0.00 | FA |
| 152 | Elect Hand Drives, 6, Storage Cabinet #4. | 30.00 | 30.00 | | 0.00 | FA |
| 153 | Elect Hand Side Grinders, 3, Storage Cabinet #4. | 25.00 | 25.00 | | 0.00 | FA |
| 154 | Elect Palm Sander, 2, Storage Cabinet #4. | 15.00 | 15.00 | | 0.00 | FA |
| 155 | Elect Circular Saws, 3, Storage Cabinet #4. | 75.00 | 75.00 | | 0.00 | FA |
| 156 | Louvers Press Parts, Storage Cabinet #5. | 100.00 | 100.00 | | 0.00 | FA |
| 157 | Assorted Drills & Discs, Storage Cabinet #6. | 300.00 | 300.00 | | 0.00 | FA |
| 158 | DRO, Storage Cabinet #7. | 60.00 | 60.00 | | 0.00 | FA |
| 159 | Elec., Storage Cabinet #7. | 25.00 | 25.00 | | 0.00 | FA |
| 160 | Parts, Storage Cabinet #7. | 20.00 | 20.00 | | 0.00 | FA |
| 161 | Miller Welder Parts, Storage Cabinet #7. | 35.00 | 35.00 | | 0.00 | FA |
| 162 | Hand Shears & Parts, 2, Storage Cabinet #7. | 40.00 | 40.00 | | 0.00 | FA |
| 163 | Assorted Shipping Supplies, Storage Cabinet #8. | 25.00 | 25.00 | | 0.00 | FA |
| 164 | Fork Lift Wide Carriage. | 300.00 | 300.00 | | 0.00 | FA |
| 165 | Heavy Duty Dollies, 7. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 166 | Light Duty Dollies, 13. | 325.00 | 325.00 | | 0.00 | FA |
| 167 | Medium Duty Dollies, 6. | 180.00 | 180.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-9

| Case No.: | 17-30230-SDB | Trustee Name: | (300012) Joy R. Webster |
| --- | --- | --- | --- |
| Case Name: | Benchmark Fabricating, LLC | Date Filed (f) or Converted (c): | 07/14/2017 (f) |
| | | § 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 11/28/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 168 | Chest Freezer, Second Warehouse (Crate & Panel S | 10.00 | 10.00 | | 0.00 | FA |
| 169 | Plumb & Elect. Supplies, Second Warehouse (Crate | 10.00 | 10.00 | | 0.00 | FA |
| 170 | 8' Tool Box (2 Door Alum) Truck Body, Second War | 0.00 | 0.00 | | 0.00 | FA |
| 171 | Utility Trailer - 6x12 (u) Added by amendment 11/13/17 - Doc. No. 51 | 0.00 | 0.00 | | 0.00 | FA |
| 171 | Assets     Totals     (Excluding unknown values) | $521,621.12 | $229,100.86 | | $13,805.82 | $0.00 |

**Major Activities Affecting Case Closing:**

07/30/2018 - I have received some excess funds from a sale of secured property.  I am also reviewing records for preferences and fraudulent conveyances.

07/30/2019  - I have completed the turnover action review and completed investigation of alleged additional assets.  i will start the procedure to finalize returns with the IRS and submit request to close.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2019 | **Current Projected Date Of Final Report (TFR):** | 03/30/2020 |
| --- | --- | --- | --- |

# Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 17-30230-SDB | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|
| Case Name: | Benchmark Fabricating, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5389 | Account #: | ******6400 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $4,055,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/13/18 | {78} | Kubota Credit Corp | Refund from Sale of Collateral | 1129-000 | 13,805.82 | | 13,805.82 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 13,795.82 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.50 | 13,775.32 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.56 | 13,764.76 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.44 | 13,752.32 |
| 02/11/19 | 101 | Akin, Webster & Matson, P.C.<br><br>P.O. Box 1773<br>Macon, GA 31202 | Reimbursement of Bond Payment - Check No. 4976, Bond No. 016027934 | 2300-000 | | 4.27 | 13,748.05 |
| 04/24/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1234 | Transition Debit to Metropolitan Commercial Bank acct 3910031234 | 9999-000 | | 13,748.05 | 0.00 |
| | | | **COLUMN TOTALS** | | 13,805.82 | 13,805.82 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 13,748.05 | |
| | | | **Subtotal** | | 13,805.82 | 57.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,805.82** | **$57.77** | |

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-30230-SDB | Trustee Name: | Joy R. Webster (300012) |
|---|---|---|---|
| Case Name: | Benchmark Fabricating, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5389 | Account #: | ******1234 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $4,055,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/19 | | Transfer Credit from Rabobank, N.A. acct ******6400 | Transition Credit from Rabobank, N.A. acct 5022236400 | 9999-000 | 13,748.05 | | 13,748.05 |
| | | | COLUMN TOTALS | | 13,748.05 | 0.00 | $13,748.05 |
| | | | Less: Bank Transfers/CDs | | 13,748.05 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 17-30230-SDB |
| **Case Name:** | Benchmark Fabricating, LLC |
| **Taxpayer ID #:** | \*\*-\*\*\*5389 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Joy R. Webster (300012) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | \*\*\*\*\*\*1234 Checking Account |
| **Blanket Bond (per case limit):** | $4,055,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| \*\*\*\*\*\*6400 Checking | $13,805.82 | $57.77 | $0.00 |
| \*\*\*\*\*\*1234 Checking Account | $0.00 | $0.00 | $13,748.05 |
| | $13,805.82 | $57.77 | $13,748.05 |