IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-30230-SDB |
| | * | |
| BENCHMARK FABRICATING, LLC | * | |
| DEBTOR | * | CHAPTER 7 |

**APPLICATION FOR FINAL COMPENSATION TO ROBERT M. MATSON OF AKIN, WEBSTER & MATSON, P.C.**

Comes now, Joy R. Webster, Trustee in the above-styled case, files this Application for Final Compensation to Robert M. Matson of Akin, Webster & Matson, P.C. pursuant to 11 U.S.C. § 330 and shows the Court the following:

1.

The Debtor filed a Chapter 7 petition pursuant to Title 11 of the United States Code on or about July 14, 2017. Joy R. Webster was appointed as Trustee in this case.

2.

On or about August 25, 2017, the Trustee filed an Application for Approval of Employment of Attorneys seeking the Court's approval of employment of Robert M. Matson of Akin, Webster & Matson, P.C. (Applicant), as Trustee's counsel in this Chapter 7 case. On or about September 8, 2017, this Court entered an order approving the employment of Applicant, as counsel for the Trustee.

3.

Robert M. Matson of Akin, Webster & Matson, P.C. render services on behalf of the Trustee in connection with liquidating assets for the estate. Services performed include but are not limited to consulting with the Trustee regarding perfection of security interests in property. Robert M. Matson of Akin, Webster & Matson, P.C. has not requested or been paid any previous fees in the case.

4.

Robert M. Matson of Akin, Webster & Matson, P.C. is seeking an award of final compensation in the amount of $360.00 for legal services rendered as attorney for the Trustee during the period from October 24, 2017 through October 24, 2017. A detailed description of the services performed is attached as Exhibit "A".

5.

Joy R. Webster respectfully represents that the attorney has the requisite skill to perform the services necessary for the representation of the Trustee in this Chapter 7 matter. The hourly rate billed in the Chapter 7 case is in line with the prevailing market rate in this legal community. The hourly rate is comparable to that charged by the Attorney in any bankruptcy case. Every effort has been made to insure that the time expended in this matter was reasonable and appropriate and not excessive and redundant.

6.

Based on the time and effort devoted to this case by the Attorney for the Trustee as set forth in the attached exhibit, and based upon the regular hourly rate charged by the Attorney in providing the services in this case, the final compensation requested is reasonable and appropriate for the services rendered.

7.

The fees will not be shared with anyone other than the other attorneys in Akin, Webster & Matson, P.C., and there is no agreement or understanding for any such sharing of compensation received or to be rendered in connection with this case.

Wherefore, Joy R. Webster, Trustee respectfully requests that the Court enters an order:

1) Approving final compensation to Robert M. Matson of Akin, Webster & Matson, P.C. in the amount of $360.00 for legal services rendered from October 24, 2017 through October 24, 2017.
2) Approving payment to Robert M. Matson of Akin, Webster & Matson, P.C. of the amount requested as an administrative expense of the estate from the funds held by the Trustee.

This **11th** day of **August, 2022.**

/s/ Joy R. Webster
Joy R. Webster
Chapter 7 Trustee
State Bar No. 605523

Akin, Webster & Matson, P.C.
P.O. Box 1098
Macon, GA 31202
(478) 742-1889
jwebster@akin-webster.com

# Timesheet Report - RMM Atty for Trustee



**Trustee: Joy R. Webster (300012)**

**Period: 10/24/17 - 10/24/17**

**Case Number:** 17-30230-SDB **Case Name:** BENCHMARK FABRICATING, LLC

**Case Type:** Asset **Judge:** Susan D. Barrett

**Petition Date:** 07/14/17

| Name | Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Matson, Robert, Other | 10/24/17 | Attorney for Trustee | Review of schedules, GSCCA and background check to verify perfection of security interests in equipment | 1.00 | $300.00 | $300.00 |
| | 10/24/17 | Attorney for Trustee | Consultation with JRW on perfection of security interests in equipment | 0.20 | $300.00 | $60.00 |
| | **Subtotal for Name: Matson, Robert, Other** | | | **1.20** | | **$360.00** |
| | | | **Total for case:** | **1.20** | | **$360.00** |

**Grand Total:** **1.20** **$360.00**