# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Benchmark Fabricating, LLC,**<br>    Debtor. | Case No.:  17–30230–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  7 |

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

Joy R. Webster, Trustee is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

                                        Susan D. Barrett,
                                        United States Bankruptcy Judge
                                        Federal Justice Center
                                        600 James Brown Blvd
                                        P.O. Box 1487
                                        Augusta, GA 30903

Dated: July 3, 2023


*B272 [07/14]* **VWW**